JOHN MAKIN, *ET AL.*, PETITIONERS-PETITIONERS, v. FORD MOTOR COMPANY, RESPONDENT-RESPONDENT.

*Messrs. Balk & Jacobs* for the petitioners.

*Mr. Verling C. Enteman* and *Mr. Andrew S. Polito* for the respondent.

September 30, 1963.   Denied.

JOHN S. VIDUCICH, PLAINTIFF-PETITIONER, v. GREATER NEW YORK MUTUAL INSURANCE COMPANY, DEFEND-ANT-RESPONDENT.

See same case below : 80 *N. J. Super.* 15.

*Messrs. Stein & Einhorn* for the petitioner.

*Messrs. Harkavy & Lieb* for the respondent.

September 30, 1963.   Denied.